UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL JONES,

        Plaintiff,

vs.

Case No. 12-CV-14119
HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiff's motion for summary judgment and defendant's motion for summary judgment, and in accordance with the court's order granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: Lisa Wagner
        DEPUTY COURT CLERK

Dated: July 16, 2013

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 16, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Deputy Clerk